**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

FOSTER SHIVERS #74393                CIVIL ACTION NO.  25-1556 SEC P

VERSUS                               JUDGE DONALD E. WALTER

WARDEN BORDELON                      MAGISTRATE JUDGE PEREZ-
                                     MONTES

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 14), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 5) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of March, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE